THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FULLTIME FANTASY SPORTS LLC, | CASE NO. C22-0295-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BRANT TEDESCHI, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulation (Dkt. No. 12) is GRANTED. The deadline for the responsive pleading of Defendant Vibrant Web LLC d/b/a Fantasy SP is July 25, 2022.

DATED this 13th day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk