HONORABLE TIFFANY M. CARTWRIGHT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FULLTIME FANTASY SPORTS, LLC, a Delaware limited liability company with its principal place of business in Washington,<br><br>        Plaintiff,<br><br>    v.<br><br>BRANT TEDESCHI, an individual and resident of New Jersey; VIBRANT WEB LIMITED LIABILITY COMPANY dba FANTASY SP, a New Jersey limited liability company,<br><br>        Defendants. | NO. 2:22-cv-00295-TMC<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

THIS MATTER came before the Court on the parties' Stipulated Motion to Dismiss. It appearing that the parties have agreed to dismiss all pending claims and counterclaims in this action with prejudice, it is hereby ORDERED that the parties' Stipulated Motion is GRANTED. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice and without costs or fees to any party.

DATED this 29th day of December, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1
CASE NO. 2:22-cv-00295-TMC

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

 s/ Jonathan D. Tebbs
Stephen P. VanDerhoef, WSBA No. 20088
E-mail: svanderhoef@cairncross.com
Jonathan D. Tebbs, WSBA No. 53861
E-mail: jtebbs@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Plaintiff

HELSELL FETTERMAN LLP

 s/ Shawn Q. Butler
Shawn Q. Butler, WSBA #45731
1001 4th Avenue, Suite 4200
Seattle, WA  98154
Telephone: (206) 292-1144
sbutler@helsell.com
Attorneys for Defendants

ANSELL GRIMM & AARON, P.C.

 s/ Layne A. Feldman
Layne A. Feldman, Pro Hac Vice
Joshua S. Bauchner, Pro Hac Vice
365 Rifle Camp Road
Woodland Park, NJ  07424
T: (973) 247-9000 x436
lfeldman@ansell.law
jbauchner@ansell.law
Attorneys for Defendants

ORDER GRANTING STIPULATED MOTION TO DISMISS - 2
CASE NO. 2:22-00295-TMC

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308